UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DALE CRAIG,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA ex rel THE NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-02388-RFB-PAL<br><br>ORDER<br><br>(Mot Status Check – ECF No. 7)<br>(Mot Cont Mediation - ECF No. 11) |

Before the court is Defendants' Motion to Continue Early Mediation Conference, Extend Deadline to File Early Mediation Conference Statement, and Extend the 90 Day Stay, and Extend Deadline to file the 90 Day Stay Report (First Request) (ECF No. 11).

Defense counsel has requested to extend the early mediation conference currently set for January 5, 2018 at 1:30 p.m. due to a family emergency which will cause the assigned defense attorney to be out of the office for several weeks. The Attorney General's office therefore requests that the conference be rescheduled for some time after January 22, 2018 and that the 90-day stay report be extended until after the rescheduled mediation.

On October 6, 2017 Mr. Craig also filed a Motion for a Status Check (ECF No 7) because the Attorney General's Office removed his case which was initially filed in state court and he had not received any notice of action taken in his case. Shortly thereafter the court entered a screening order (ECF No. 8) which stayed the case for 90 days to allow the parties to attempt to settle this case through the court's Early Inmate Mediation Program. This is the mediation which the Attorney General's Office is now asking to continue. Mr. Craig is advised that if the case is not resolved at the mediation a scheduling order will be entered setting deadlines for the completion of discovery and other case management dates designed to get this case prepared for resolution.

Having reviewed and considered the matters, and for good cause shown,

**IT IS ORDERED** that:

1. The Early Mediation Conference currently scheduled for January 5, 2018 at 1:30 p.m. is **VACATED** and will be rescheduled for a date and time after January 22, 2018 by a separate order. The order rescheduling the date for the Early Mediation Conference will extend the date for filing the early mediation conference statement.
2. The 90-day stay report, currently due January 22, 2018, shall be continued until 14 days after completion of the rescheduled early mediation conference.
3. Plaintiff's Motion for a Status Check (ECF No. 7) is **DENIED without prejudice**.

DATED this 2nd day of January, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE